Harry Lipton, Appellee, v. Pennsylvania Rubber Company, Appellant.

Gen. No. 44,975.

Teller, Levit & Silvertrust, for appellant; Leon Silvertrust and H. J. Goldberger, of counsel; Kelner & Kelner and Grossman & Grossman, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed April 5, 1950; rehearing denied April 26, 1950; released for publication May 17, 1950.